PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

## United States District Court
for the
District of Alaska

RECEIVED
JUN 2 6 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

v.  Case No.  A01-00176-01CR (JKS)

Camille Rhames

It appearing that the above-named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on June 13, 2007. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

REDACTED SIGNATURE   6/19/07

Mary Frances Barnes                 Date
U.S. Probation/Pretrial Services
Officer

REDACTED SIGNATURE   1/0/7

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this   21   day of   June  , 20 7 .

REDACTED SIGNATURE

James K. Singleton
Senior U.S. District Court Judge